IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY ASARO and LORI DRING, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 3:25-CV-00197 |
| | : | |
| ROBERT J. CLAUSS, | : | JUDGE SAPORITO |
| THEODORE E. MALAKIN, III, | : | |
| JEFFREY BARONE, | : | |
| MARILEE BARONE, and | : | |
| GENEVIEVE GUTT SAYLOR, | : | ELECTRONICALLY FILED |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Kindly enter our appearance on behalf of Defendants Robert J. Clauss, Theodore E. Malakin, III, Jeffrey Barone, Marilee Barone, and Genevieve Gutt Saylor, in the above-referenced matter.

Date:  March 18, 2025

Respectfully submitted:

/s/ Daniel T. Brier
Daniel T. Brier (PA ID 53248)
dbrier@mbklaw.com
Richard L. Armezzani (PA ID 322804)
rarmezzani@mbklaw.com

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
570-342-6100

Counsel for Defendants Robert J. Clauss, Theodore E. Malakin, III, Jeffrey Barone, Marilee Barone, and Genevieve Gutt Saylor

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 18th day of March 2025:

> Howard A. Rothenberg, Esquire
> Ryan P. Campbell, Esquire
> Rothenberg & Campbell
> 345 Wyoming Avenue, Suite 210
> Scranton, PA 18503
> hrlaw01@gmail.com
> hrlaw04@gmail.com
>
> Philip A. Davolos, III, Esquire
> Davalos Law
> 749 Northern Boulevard
> First Floor, Suite B
> South Abington Twp., PA 18411
> pdavolos@davoloslaw.com

/s/ Daniel T. Brier
Daniel T. Brier