IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY ASARO and LORI DRING, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | NO. 3:25-CV-00197 |
| | : | |
| ROBERT J. CLAUSS, | : | JUDGE SAPORITO |
| THEODORE E. MALAKIN, III, | : | |
| JEFFREY BARONE, | : | |
| MARILEE BARONE, and | : | ELECTRONICALLY FILD |
| GENEVIEVE GUTT SAYLOR, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of Defendants Robert J. Clauss, Theodore E. Malakin, III, Jeffrey Barone, Marilee Barone, and Genevieve Gutt Saylor's Motion for an Extension of Time to File Brief in Support of Motion To Dismiss, IT IS HEREBY ORDERED that the Motion is GRANTED.

This deadline for Defendants to file a supporting brief is extended 14 days, or until April 15, 2025.

_____
Judge Joseph F. Saporito, Jr.