IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY ASARO and LORI DRING, | : |
| Plaintiffs, | : |
| v. | : NO. 3:25-CV-00197 |
| ROBERT J. CLAUSS, THEODORE E. MALAKIN, III, JEFFREY BARONE, MARILEE BARONE, and GENEVIEVE GUTT SAYLOR, | : JUDGE SAPORITO : : ELECTRONICALLY FILD |
| Defendants. | : |

*FILED WILKES BARRE MAR 31 2025 PER m5 DEPUTY CLERK*

## ORDER

AND NOW, this 31st day of March, 2025, upon consideration of Defendants Robert J. Clauss, Theodore E. Malakin, III, Jeffrey Barone, Marilee Barone, and Genevieve Gutt Saylor's Motion for an Extension of Time to File Brief in Support of Motion To Dismiss, IT IS HEREBY ORDERED that the Motion is GRANTED.

This deadline for Defendants to file a supporting brief is extended 14 days, or until April 15, 2025.

Judge Joseph F. Saporito, Jr.