# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY ASARO, et al., | |
| Plaintiffs, | No. 3:25-CV-197 |
| v. | (Saporito, J.) |
| ROBERT J. CLAUSS, et al., | |
| Defendants | (Caraballo, M.J.) |

## ORDER

AND NOW, this 15th day of July 2025, IT IS HEREBY ORDERED that the Settlement Conference in this matter will reconvene on Thursday, August 21, 2025, at 9:30 a.m., in Courtroom 6 at the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania. Counsel are reminded that their clients or client representatives with **complete** authority to negotiate and consummate a settlement shall attend the settlement conference, in person. The purpose of the requirement is to have in attendance a representative who has both the authority to exercise his or her own discretion and the realistic freedom to exercise such discretion without negative consequences, to settle a

case during the settlement conference, if appropriate, without consulting someone else who is not present.

                              BY THE COURT,

                              *s/Phillip J. Caraballo*
                              **PHILLIP J. CARABALLO**
                              **United States Magistrate Judge**