IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY ASARO, et al., | : | CIVIL NO. 3:25-CV-0197 |
| Plaintiffs | : | JUDGE SAPORITO |
| v. | : | |
| ROBERT J. CLAUSS, et al., | : | |
| Defendants | : | |

FILED
WILKES BARRE
SEP 02 2025
PER_____
DEPUTY CLERK

## ORDER

AND NOW, this 2nd day of September, 2025, United States Magistrate Judge Phillip J. Caraballo having notified the Court that the matter has settled as to certain defendants, **IT IS HEREBY ORDERED THAT** this action is hereby **DISMISSED ONLY AS TO Defendants Marilee Barone and Jeffrey Barone,** without costs and without prejudice to the right, upon good cause shown within ninety (90) days, to reinstate the action if settlement is not consummated.

The Clerk of Court shall note the docket of this action accordingly.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge