UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

NANCY ASARO, et al.,

    Plaintiffs,

v.

ROBERT J. CLAUSS, et al.,

    Defendants.

CIVIL ACTION NO. 3:25-cv-00197

(JUDGE SAPORITO)

## ORDER

**AND NOW,** this 23rd day of **September, 2025**, United States Magistrate Judge Phillip J. Caraballo having notified the Court that the matter has settled as to defendant, Theodore E. Malakin, III, **IT IS HEREBY ORDERED THAT** this action is hereby **DISMISSED ONLY AS TO Defendant Theodore E. Malakin, III** without costs and without prejudice to the right, upon good cause shown within ninety (90) days, to reinstate the action if settlement is not consummated. The Clerk of Court shall note the docket of this action accordingly.

*Joseph F. Saporito, Jr.*
**JOSEPH F. SAPORITO, JR.**
**United States District Judge**