## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY ASARO, et al., | |
| Plaintiffs, | No.  3:25-CV-197 |
| | |
| v. | (Saporito, J.) |
| ROBERT J. CLAUSS, et al., | |
| Defendants | (Caraballo, M.J.) |

## ORDER

AND NOW, this 15th day of January 2026, IT IS HEREBY ORDERED that a Status Conference in this matter with counsel for Plaintiffs and counsel for Defendant Robert Clauss will be held on **Friday, January 23, 2026, at 2:30 p.m., via Zoom**.

IT IS FURTHER ORDERED that a second Status Conference in this matter will be held on **Friday, January 23, 2026, at 3:00 p.m. via Zoom** with counsel for Defendant Genevieve Saylor only.

The Court will provide the Zoom link to the parties for each conference.

BY THE COURT,

*s/Phillip J. Caraballo*
**PHILLIP J. CARABALLO**
**United States Magistrate Judge**