UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

NANCY ASARO and LORI DRING, :
: No. 3:25-CV-197
           Plaintiffs :
: (Caraballo, M.J.)
    v. :
:
ROBERT J. CLAUSS, et al., :
:
           Defendants :

## ORDER

AND NOW, this 23rd day of January 2026, IT IS HEREBY ORDERED that a Telephonic Status Conference is scheduled with counsel for defendants Robert Clauss and Genevieve Saylor in the above-captioned matter on **Thursday, January 29, 2026, at 11:00 a.m.** Defense counsel shall call chambers at 570-207-5710.

                    BY THE COURT,

                    *s/Phillip J. Caraballo*
                    PHILLIP J. CARABALLO
                    UNITED STATES MAGISTRATE JUDGE