IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY ASARO and LORI DRING,** | : |
| Plaintiffs, | : |
| v. | : NO. 3:25-CV-00197 |
| **ROBERT CLAUSS, ET AL,** | : JUDGE SAPORITO |
| | : ELECTRONICALLY FILED |
| Defendants | : |

**PLAINTIFFS' MOTION ON CONSENT AND WITH CONCURRENCE OF DEFENDANT MALAKIN FOR EXTENSION OF DEADLINE TO CONSUMMATE SETTLEMENT OR FOR GOOD CAUSE REINSTATE ACTION**

Plaintiffs, Nancy Asaro and Lori Dring, by and through their undersigned counsel, Philip A. Davolos, III, Esquire of Davolos Law Group, and Howard A. Rothenberg, Esquire, of Rothenberg Campbell with <u>consent and concurrence</u> of Defendant, Theodore E. Malakin, III, and awaiting response to requested consent from Defendants, Marilee Barone and Jeffrey Barone hereby move this Honorable Court as follows:

1. On September 2, 2025, this Honorable Court entered an Order (Doc. 32), allowing Plaintiffs and the Barone Defendants ninety (90) days to consummate the settlement or for good cause to reinstate the action.

2. The ninety (90) day deadline set forth in the Order of September 2, 2025 (Doc. 32) was December 1, 2025.

3. On September 23, 2025, this Honorable Court entered an Order (Doc. 33), allowing Plaintiffs and the Barone Defendants ninety (90) days to consummate the settlement or for good cause to reinstate the action.

4. The ninety (90) day deadline set forth in the Order of September 23, 2025 (Doc. 33) was December 22, 2025.

5. On December 1, 2025, on a motion filed with concurrence and consent of all parties, this Honorable Court extended the deadlines to consummate the settlement as to Malakin and the Barones until January 30, 2026. (Doc. 49).

6. Plaintiffs with the consent of the above-named Defendant, and awaiting response from the other Defendants hereby move the Court for an extension of the time within which to consummate settlement and/or for good cause reinstate the action by sixty (60) days from the current deadlines set in the December 1, 2025 (Doc. 49) Order and ask that the new deadline of March 31, 2026.

7. Plaintiffs and Defendant Malakin respectfully request this additional time, because they will be unable to consummate the settlement in the time remaining under the deadline. Plaintiffs are waiting to hear on

concurrence from the Barone Defendants, but has no reason to believe that they will not concur as they did in the last motion.

8. The parties are waiting on surveys to be completed and for finalization of the documents (easement and settlement agreements) before the settlement can be consummated.

9. As such, it is respectfully requested that the Court enter the accompanying proposed Order, which extends the deadline to March 31, 2026 for the Barone and Malakin Defendants and Plaintiffs to either consummate the settlement or for good cause reinstate the action.

Respectfully submitted,

*/s/ Philip A. Davolos III*
PHILIP A. DAVOLOS, III, ESQUIRE
Attorney I.D. #210225
DAVOLOS LAW
PO BOX 188
Clarks Summit, PA 18411-0188
570-362-3492
pdavolos@davoloslaw.com
*Attorneys for Plaintiffs,*
*Lori Dring and Nancy Asaro*

-AND-

ROTHENBERG & CAMPBELL
Howard A. Rothenberg (Id.# 38804)
Ryan P. Campbell (Id.# 317838)
345 Wyoming Avenue, Ste. 210

Scranton, PA 18503
p. 570.207.2889
f. 570.207.3991
HRLaw01@gmail.com
[HRLaw04@gmail.com](mailto:HRLaw04@gmail.com)
*Attorneys for Plaintiffs,*
*Nancy Asaro and Lori Dring*

## **CERTIFICATE OF CONCURRENCE**

I, Philip A. Davolos, III, hereby certify that concurrence was sought from counsel for Defendant (1) Theodore E. Malakin, III, and that their counsel, Richard L. Armezzani, Esquire concurs in the relief sought in the accompanying Motion, and that I am awaiting a response as to concuracne from counsel for Defendants, Marilee Barone and Jeffrey Barone.

By:  */s/ Philp A. Davolos*
**PHILIP A. DAVOLOS, III, ESQ.**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I served a true and correct copy of JOINT MOTION ON CONSENT AND CONCURRENCE OF N DEFENDANTS FOR EXTENSION OF DEADLINE TO CONSUMMATE SETTLEMENT OR FOR GOOD CAUSE REINSTATE ACTION, via ECF, upon all counsel of record, on the 28th day of January 2026, addressed as follows:

Frank Brier, Esquire
Daniel T. Brier, Esquire
Richard L. Armezzani, Esquire
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
fbrier@mbklaw.com
dbrier@mbklaw.com
rarmezzani@mbklaw.com

Patrick J. Boland III, Esquire
James D. Greco Esquire
MARSHALL DENNEHEY, P.C.
P.O. Box 3118
Scranton, PA 18505-3118
pjboland@mdwcg.com
jdgreco@mdwcg.com,

By:    */s/ Philp A. Davolos*
       **PHILIP A. DAVOLOS, III, ESQ.**