IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NANCY ASARO and LORI DRING,                 :

          Plaintiffs                    :    CIVIL ACTION- LAW

vs.                                         :    No. 3:25-cv-00197

ROBERT CLAUSS, ET AL,                       :
             Defendants        :

## ORDER

AND NOW, this 1st day of _April_____, 2026, the matter having come before the Court on the Plaintiffs Motion on Consent and Concurrence of Defendants, Theodore Malakin, Marilee Barone and Jeffrey Barone, for Extension of the current Case Termination Orders, said Motion is hereby GRANTED.

The deadline to reinstate the action for good cause shown or consummate the settlement as between Defendants Marilee Barone and Jeffrey Barone and Theodore Malakin and Plaintiffs is hereby extended to May 31, 2026.

BY THE COURT:

_Joseph F. Saporito_.