# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

NANCY ASARO and                             :
LORI DRING                                  :
                                            :
            Plaintiffs                      :        CIVIL ACTION NO.
                                            :        3:25-CV-00197
                                            :
     v.                                     :
                                            :        JURY TRIAL DEMANDED
                                            :
                                            :
MARILEE BARONE and                          :
JEFFREY BARONE                              :
                                            :
            Defendants                      :

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO CONSUMMATE SETTLEMENT

AND NOW, come Defendants, Marilee Barone and Jeffrey Barone ("Moving Defendants"), by and through their undersigned counsel, and hereby file this Unopposed Motion for Enlargement of Time to Consummate Settlement in the above captioned matter and, in support thereof, avers as follows:

1.      On September 2, 2025, the Court entered a 90-day order regarding the claims between Plaintiff and Moving Defendants, stating that said claims had been settled and providing 90-days for Plaintiff and Moving Defendants to consummate settlement. (Doc. 32).

WSLEGAL/300601981.1

2.      On December 1, 2025, the Court entered an Order extending the aforementioned 90-day period to January 30, 2026. (Doc. 49)

3.      On January 29, the Court entered an additional Order extending the period for consummation of the settlement to March 31, 2026. (Doc. 65)

4.      Thereafter, on April 1, 2026, the Court entered an Order extending the period for consummation of the settlement to May 31, 2026. (Doc. 74).

5.      To date, the parties continue to work diligently to finalize the settlement in the above captioned matter.

6.      Parties to other actions involving the subject matter of the above captioned action, who reached settlement prior to Moving Defendants, are closing in on finalizing the documents necessary to consummate settlement in their respective actions.

7.      As such, the Moving Defendants respectfully request an extension of sixty (60) days to the Courts Order dated April 1, 2026, until July 29, 2026, to consummate settlement with Plaintiffs.

8.      Plaintiff's counsel concurs with the relief requested herein.

WHEREFORE, Defendants, Marilee Barone and Jeffrey Barone, respectfully request that this Honorable Court grant the instant Unopposed Motion for Enlargement of Time to Consummate Settlement in the above captioned matter.

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

By:_____

James D. Greco, Esquire
Attorney I.D. No: PA 309353
P.O. Box 3118
Scranton, PA  18505-3118
(570) 496-4600

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

NANCY ASARO and          :
LORI DRING              :
                         :
        Plaintiffs       :          CIVIL ACTION NO.
                         :          3:25-CV-00197
    v.                   :
                         :          JURY TRIAL DEMANDED
                         :
MARILEE BARONE and       :
JEFFREY BARONE           :
                         :
        Defendants       :


## CERTIFICATE OF SERVICE

I, James D. Greco, Esquire, do hereby certify that a true and correct copy of foregoing Unopposed Motion for Enlargement of Time to Consummate Settlement served upon all parties via ECF on the 1st day of June, 2025:


Howard A. Rothenberg, Esquire          Daniel T. Brier, Esquire
Philip A. Davolos, III, Esquire        Frank J. Brier, Esquire
Ryan Patrick Campbell I, Esquire       Richard L. Armezzani, Esquire
Rothenberg & Campbell                  Myers, Brier & Kelly, LLP
345 Wyoming Avenue, Suite 210          425 Biden Street, Suite 200
Scranton, PA 18503                     Scranton, PA 18503
Attorneys for Plaintiffs               Attorneys for Theodore E. Malakin,
                                       III and Genevieve Gutt Saylor

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

By:_____
James D. Greco, Esquire
Attorney I.D. No: PA 309353
P.O. Box 3118
Scranton, PA  18505-3118
(570) 496-4600