## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY ASARO and<br>LORI DRING | : | |
| | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION NO. |
| | : | 3:25-CV-00197 |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| | : | |
| | : | |
| MARILEE BARONE and<br>JEFFREY BARONE | : | |
| | : | |
| Defendants | : | |

## CERTIFICATE OF CONCURRENCE

I, James D. Greco, Esquire, counsel for Moving Defendants, hereby certify that, in accordance with Local Rule 7.1, our office sought the concurrence of Plaintiffs' counsel prior to the filing of Moving Defendants' Motion for Enlargement to Consummate Settlement. Plaintiffs concur with the relief requested in the foregoing Motion.

2

Respectfully Submitted,

**MARSHALL DENNEHEY, P.C.**

Patrick J. Boland III, Esquire
Atty. I.D. #PA 75924
James D. Greco, Esquire
Attorney I.D. #PA 309353
P.O. Box 3118
Scranton, PA  18505-3118