## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

NANCY ASARO and                           :
LORI DRING                                :
                                          :
        Plaintiffs                        :        CIVIL ACTION NO.
                                          :        3:25-CV-00197
                                          :
    v.                                    :
                                          :        JURY TRIAL DEMANDED
                                          :
                                          :
MARILEE BARONE and                        :
JEFFREY BARONE                            :
                                          :
        Defendants                        :

## <u>ORDER</u>

AND NOW this _____ day of _____, 2026, upon consideration of Defendants', Marilee Barrone and Jeffrey Barrone, Motion for Enlargement of Time to Consummate Settlement, and Plaintiffs' concurrence therewith, it is HEREBY ORDERED and DECREED that Defendants' Motion is GRANTED, and the deadline for consummating settlement in the above captioned matter is hereby extended to July 29, 2026.

                                        BY THE COURT


                                        _____
                                        Hon. Joseph F. Saporito, Jr.