**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NANCY ASARO and LORI DRING, | : | |
| | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | NO. 3:25-CV-00197 |
| | : | |
| ROBERT CLAUSS, ET AL, | : | JUDGE SAPORITO |
| | : | |
| | : | ELECTRONICALLY FILED |
| | : | |
| **Defendants** | : | |

**PLAINTIFFS' MOTION ON CONSENT AND WITH CONCURRENCE OF DEFENDANTS FOR EXTENSION OF DEADLINE TO CONSUMMATE SETTLEMENT OR FOR GOOD CAUSE REINSTATE ACTION**

Plaintiffs, Nancy Asaro and Lori Dring, by and through their undersigned counsel, Philip A. Davolos, lll, Esquire of Davolos Law Group, and Howard A. Rothenberg, Esquire, of Rothenberg Campbell with <u>consent and concurrence</u> of Defendant, Theodore E. Malakin, III, hereby move this Honorable Court as follows:

1. On September 2, 2025, this Honorable Court entered an Order (Doc. 32), allowing Plaintiffs and the Barone Defendants ninety (90) days to consummate the settlement or for good cause to reinstate the action.

2. The ninety (90) day deadline set forth in the Order of September 2, 2025 (Doc. 32) is December 1, 2025.

3. On September 23, 2025, this Honorable Court entered an Order (Doc. 33), allowing Plaintiffs and the Barone Defendants ninety (90) days to consummate the settlement or for good cause to reinstate the action.

4. The ninety (90) day deadline set forth in the Order of September 23, 2025 (Doc. 33) is December 22, 2025.

5. Plaintiffs with the consent of the above-named Defendants hereby moved the Court for an extension of the time within which to consummate settlement and/or for good cause reinstate the action by sixty (60) days from the current deadline set in the September 2, 2025 (Doc. 32) Order of December 1, 2025, and asked that the new deadline of January 30, 2026, apply as an extension, and replace the deadlines set in both the Order as to Barone Defendants (Doc. 32) and Defendant Malakin (Doc. 33).

6. On 3. On January 29, the Court entered an additional Order extending the period for consummation of the settlement to March 31, 2026. (Doc. 65).

7. Thereafter, on April 1, 2026, the Court entered an Order extending the period for consummation of the settlement to May 31, 2026. (Doc. 74).

8. To date, the parties continue to work diligently to finalize the settlement in the above captioned matter. Parties to other actions involving the

subject matter of the above captioned action, who reached settlement prior to the instant matter, are closing in on finalizing the documents necessary to consummate settlement in their respective actions.

9. 7. As such, the Plaintiffs respectfully request an extension of sixty (60) days to the Courts Order dated April 1, 2026, until July 29, 2026, to consummate settlement.

10. Defendant's counsel concurs with the relief requested herein.

WHEREFORE, Plaintiffs, Nancy Asaro and Lori Dring, respectfully request that this Honorable Court grant the instant Unopposed Motion for Enlargement of Time to Consummate Settlement in the above captioned matter.

Respectfully submitted,

/s/ Philip A. Davolos III
PHILIP A. DAVOLOS, III, ESQUIRE
Attorney I.D. #210225
DAVOLOS LAW
PO BOX 188
Clarks Summit, PA 18411-0188
570-362-3492
pdavolos@davoloslaw.com
Attorneys for Plaintiffs,
Lori Dring and Nancy Asaro

-AND-

3

ROTHENBERG & CAMPBELL
Howard A. Rothenberg (Id.# 38804)
Ryan P. Campbell (Id.# 317838)
345 Wyoming Avenue, Ste. 210
Scranton, PA 18503
p. 570.207.2889
f. 570.207.3991
HRLaw01@gmail.com
HRLaw04@gmail.com
*Attorneys for Plaintiffs,*
*Nancy Asaro and Lori Dring*

4

## CERTIFICATE OF  CONCURRENCE

I, Philip A. Davolos, III, hereby certify that concurrence was sought from counsel for Defendant  Theodore E. Malakin, III, and that their counsel, Richard L. Armezzani, Esquire Concurs in the relief sought in the accompanying Motion.

By:   */s/ Philp A. Davolos*
**PHILIP A. DAVOLOS, III, ESQ.**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that I served a true and correct copy of JOINT MOTION ON CONSENT AND CONCURRENCE OF  DEFENDANTS FOR EXTENSION OF DEADLINE TO CONSUMMATE SETTLEMENT OR FOR GOOD CAUSE REINSTATE ACTION, via ECF, upon all counsel of record, on the 1st day of June 2026, addressed as follows:

Frank Brier, Esquire
Daniel T. Brier, Esquire
Richard L. Armezzani, Esquire
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503
fbrier@mbklaw.com
dbrier@mbklaw.com
rarmezzani@mbklaw.com

Patrick J. Boland III, Esquire
James D. Greco Esquire
MARSHALL DENNEHEY, P.C.
P.O. Box 3118
Scranton, PA 18505-3118
pjboland@mdwcg.com
jdgreco@mdwcg.com,

By:  */s/ Philp A. Davolos*
      **PHILIP A. DAVOLOS, III, ESQ.**

6

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NANCY ASARO and LORI DRING,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **NO. 3:25-CV-00197** |
| | : | |
| **ROBERT CLAUSS, ET AL,** | : | **JUDGE SAPORITO** |
| | : | |
| | : | **ELECTRONICALLY FILED** |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this_____ day of June, 2026, the matter having come before the Court on the Plaintiff's Motion on Consent and Concurrence of Defendant, Theodore E. Malakin, III,  for Extension of the 90-day Case Termination Orders, said Motion is hereby GRANTED.

The deadline to reinstate the action for good cause shown or consummate the settlement as between Defendant Theodore E. Malakin, III and Plaintiffs, Nancy Asaro and Lori Dring, is hereby extended to July  29, 2026.

**BY THE COURT:**

_____
**Joseph F. Saporito, Jr.**

7